# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachel Ann Maher, | No. CV-22-00126-TUC-JCH (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Trans Union LLC, et al., | |
| Defendants. | |

Before the Court is a Report and Recommendation issued by Magistrate Judge D. Thomas Ferraro. (Doc. 25.) No objections have been filed and the time for filing an objection has passed. As such, the Court will not consider any objections or new evidence. The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendation is not clearly erroneous. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Accordingly,

**IT IS HEREBY ORDERED ACCEPTING AND ADOPTING** Magistrate Judge Ferraro's Report and Recommendation (Doc. 25) in full.

…

…

…

…

…

**IT IS FURTHER ORDERED GRANTING** Plaintiff and Defendant Dick Hannah Dealership d/b/a Dick Says Yes's joint stipulation to dismiss (Doc. 24). Defendant Dick Hannah Dealership d/b/a Dick Says Yes is dismissed from this matter with prejudice. Each party shall bear his/her/its own attorney's fees and costs.

Dated this 7th day of July, 2022.

_____
Honorable John C. Hinderaker
United States District Judge

- 2 -